No. 94–543. DOPADRE v. DOPADRE. Ct. App. Ariz. Certiorari denied.

No. 94–545. WORRELL v. CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 94–546. SUBAFILMS, LTD., ET AL. v. UNITED ARTISTS CORP. ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–547. CHAMBERS v. AMERICAN TRANS AIR, INC. C. A. 7th Cir. Certiorari denied.

No. 94–548. KNIGHT v. MINGLEDORFF, ALABAMA COMMISSIONER OF REVENUE. Ct. Civ. App. Ala. Certiorari denied.

No. 94–550. DEWEERTH v. BALDINGER ET AL. C. A. 2d Cir. Certiorari denied.

No. 94–551. HARRIS v. CITY OF AKRON ET AL. C. A. 6th Cir. Certiorari denied.

No. 94–553. MECHE v. MECHE. Ct. App. La., 3d Cir. Certiorari denied.

No. 94–556. MOORE v. LOCAL UNION 569, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–561. LOWRY v. LEWIS, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–565. ATHMANN ET AL. v. NORTH SLOPE BOROUGH. C. A. 9th Cir. Certiorari denied.

No. 94–567. DUFFY v. DISTRICT BOARD OF TRUSTEES, MIAMI-DADE COMMUNITY COLLEGE. C. A. 11th Cir. Certiorari denied.

No. 94–577. ISLAMIC REPUBLIC OF IRAN v. PAHLAVI ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 94–585. JARVIS v. UNITED STATES. C. A. Armed Forces. Certiorari denied.